UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:20-cv-25313-WILLIAMS

UNITED STATES OF AMERICA,

      Plaintiff,

v.

REAL PROPERTY LOCATED AT 55 PUBLIC SQUARE,
CLEVELAND, OHIO, WITH ALL APPURTENANCES,
IMPROVEMENTS, AND ATTACHMENTS THEREON,
AND ANY RIGHT TO COLLECT AND RECEIVE ANY
PROFIT, RENT, INCOME, AND PROCEEDS
THEREFROM,

      Defendant,

_____/

## VERIFIED CLAIM OF URIEL LABER

Claimant Uriel Laber, ("Uriel Laber" or "Laber"), by and through his counsel of record, respectfully submits this verified claim in accordance with Rule G(5)(a)(i) of the Federal Rules of Civil Procedure, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

1. Uriel Laber holds a 16.665% ownership interest in Optima Ventures, LLC ("Optima Ventures").

2. Optima Ventures holds a 100% ownership interest in Optima 55 Public Square, LLC, ("Optima 55 Public Square").

1

3.  Optima 55 Public Square in turn holds as its asset 100% ownership of the real property located at 55 Public Square, Cleveland, Ohio, with all appurtenances, improvements, and attachments thereon, including any right to collect and receive any profit, rent, income, and proceeds therefrom.

4.  By way of his ownership interest, Uriel Laber claims an interest in the defendant real property, including:

> A 16.665% interest in Optima Ventures;
>
> Optima Ventures' ownership of 100% of Optima 55 Public Square, LLC;
>
> Optima 55 Public Square, LLC's ownership of real property located at 55 Public Square, Cleveland, Ohio, with all appurtenances, improvements, and attachments thereon, and any right to collect and receive any profit, rent, income, and proceeds therefrom; and
>
> Real property located at 55 Public Square, Cleveland, Ohio, with all appurtenances, improvements, and attachments thereon, and any right to collect and receive any profit, rent, income, and proceeds therefrom.

(collectively the "Defendant Property").

5.  The Verified Complaint filed on December 30, 2020 by the Government in this matter alleges that "[t]he interests of . . . Uriel Laber . . . may be adversely affected by these proceedings." ECF No. 1, ¶ 15.

6.  The Verified Complaint filed by the Government on December 30, 2020 further states that:

> Korf and Laber established many entities under Optima Ventures to acquire properties, including:  Optima 55 Public Square, LLC ("Optima

55 Public Square"), used . . . to acquire the building at 55 Public Square in Cleveland, Ohio.

*Id.* at ¶ 82(c)(i).

7.  Claimant respectfully contests the forfeiture.

8.  Claimant demands attorney's fees and costs pursuant to applicable law, including 28 U.S.C. § 2412(d)(4) and 28 U.S.C. § 2465(b).

9.  Claimant reserves any and all objections and defenses, including objections to this Court's jurisdiction over the subject of this action, including that such claims should be submitted to arbitration pursuant to the Treaty Between the United States of America and Ukraine Concerning the Encouragement and Reciprocal Protection of Investment, dated March 4, 1994.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38 of the Federal Rules of Civil Procedure and Rule G(9) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Claimant hereby demands a trial by jury as to all issues so triable, without prejudice to jurisdictional defenses, including that such claims should be submitted to arbitration pursuant to the Treaty Between the United States of America and Ukraine Concerning the Encouragement and Reciprocal Protection of Investment.

Dated: January 19, 2021

Respectfully submitted,

By:   */s/ Scott A. Srebnick*
Scott A. Srebnick, P.A.
2214 NW 1st Place
2nd Floor
Miami, FL 33127
Telephone: 305-285-9019
Facsimile: (305) 377-9937
Scott@srebnicklaw.com

*Attorney for Claimant Uriel Laber*

4

<u>Verification</u>

I, Uriel Laber, make this verification on my own behalf.

I have read the foregoing Verified Claim of Uriel Laber responsive to the complaint in *United States v. Real Property Located at 55 Public Square, Cleveland, Ohio*, Case No.: 1:20-cv-25313-KMW (S.D. Fla. 2020), and know the contents of the Verified Claim.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing Verified Claim of Uriel Laber is true and correct to the best of my knowledge and belief.

Executed on January 19, 2021 at Miami, Florida.

_____
Uriel Laber

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive Notices of Filing electronically.

*/s/ Scott A. Srebnick*
Scott A. Srebnick

6