UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:20-cv-25313-WILLIAMS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

REAL PROPERTY LOCATED AT 55 PUBLIC SQUARE,
CLEVELAND, OHIO, WITH ALL APPURTENANCES,
IMPROVEMENTS, AND ATTACHMENTS THEREON,
AND ANY RIGHT TO COLLECT AND RECEIVE ANY
PROFIT, RENT, INCOME, AND PROCEEDS
THEREFROM,

    Defendant,
_____/

## VERIFIED CLAIM OF OPTIMA 55 PUBLIC SQUARE, LLC

Claimant Optima 55 Public Square, LLC, ("Optima 55 Public Square" or "Claimant"), by and through its counsel of record, respectfully submits this verified claim in accordance with Rule G(5)(a)(i) of the Federal Rules of Civil Procedure, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

1. Optima 55 Public Square holds as its asset 100% ownership of the real property located a 55 Public Square, Cleveland, Ohio, with all appurtenances, improvements, and attachments thereon, including any right to collect and receive any profit, rent, income, and proceeds therefrom.

2. By way of this ownership interest, Optima 55 Public Square claims an interest in the following properties, which are defendants in rem in the above-referenced action:

    REAL PROPERTY LOCATED AT 55 PUBLIC SQUARE, CLEVELAND, OHIO, WITH ALL APPURTENANCES, IMPROVEMENTS, AND ATTACHMENTS THEREON, AND ANY RIGHT TO COLLECT AND RECEIVE ANY PROFIT, RENT, INCOME, AND PROCEEDS THEREFROM

1

(collectively the "Defendant Property").

3. The Notice of Verified Complaint for Forfeiture *In Rem* Against Real Property filed by the Government on December 30, 2020 specifically addresses "OPTIMA 55 PUBLIC SQUARE, LLC AND ALL OTHER PERSONS WHO MAY CLAIM AN INTEREST IN THE DEFENDANT PROPERTY." ECF#1-3:1.

4. The Verified Complaint filed by the Government on December 30, 2020 states that:

> Korf and Laber established many entities under Optima Ventures to acquire properties, including: Optima 55 Public Square, LLC ("Optima 55 Public Square"), used . . . to acquire the building at 55 Public Square in Cleveland, Ohio.

ECF#1 at ¶ 82(c)(i).

5. Claimant respectfully contests the forfeiture.

6. Claimant demands attorney's fees and costs pursuant to applicable law, including 28 U.S.C. § 2412(d)(4) and 28 U.S.C. § 2465(b).

7. Claimant reserves any and all objections and defenses, including as to this Court's jurisdiction over the subject of this action, including that such claims should be submitted to arbitration pursuant to the Treaty Between the United States of America and Ukraine Concerning the Encouragement and Reciprocal Protection of Investment, dated March 4, 1994.

## **DEMAND FOR JURY TRIAL**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure and Rule G(9) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions claimant hereby demands a trial by jury as to all issues so triable, without prejudice to jurisdictional defenses, including that such claims should be submitted to arbitration pursuant to the Treaty Between the United States of America and Ukraine Concerning the Encouragement and Reciprocal Protection of Investment.

Dated: January 19, 2021

                    Respectfully submitted,

                    Black, Srebnick, Kornspan & Stumpf, P.A.
                    201 South Biscayne Blvd., Suite 1300
                    Miami, FL 33131
                    Tel: (305) 371-6421
                    Fax: (305) 371-6322

By:   /s/ Howard M. Srebnick
       Howard M. Srebnick
       Florida Bar No. 919063
       Robert T. Dunlap
       Florida Bar No. 11950
       HSrebnick@RoyBlack.com
       RDunlap@RoyBlack.com

*Attorneys for Claimant Optima 55 Public Square LLC*

Kasowitz Benson Torres LLP
1633 Broadway
New York, New York 10019
(212) 506-1700
Marc E. Kasowitz
Mark P. Ressler
Ronald R. Rossi
Sarmad M. Khojasteh
Joshua Paul
*Pro Hac Vice Anticipated*
MKasowitz@kasowitz.com
MRessler@kasowitz.com

3

        RRossi@kasowitz.com
        SKhojasteh@kasowitz.com
        JPaul@kasowitz.com

        *Attorneys for Claimant Optima 55 Public Square, LLC*

## Verification

I, Mordechai Korf, am authorized to make this verification on behalf of Optima 55 Public Square, LLC.

I have read the foregoing Verified Claim of Optima 55 Public Square, LLC responsive to the complaint in *United States v. Real Property Located at 55 Public Square, Cleveland, Ohio*, Case No.: 1:20-cv-25313-KMW (S.D. Fla. 2020), and know the contents of the Verified Claim.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing Verified Claim of Optima 55 Public Square, LLC is true and correct to the best of my knowledge and belief.

Executed on January 19, 2021 at Miami, Florida.

_____
Mordechai Korf

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive Notices of Filing electronically.

*/s/ Howard M. Srebnick*
Howard M. Srebnick