UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:20-cv-25313-WILLIAMS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

REAL PROPERTY LOCATED AT 55 PUBLIC SQUARE, CLEVELAND, OHIO, WITH ALL APPURTENANCES, IMPROVEMENTS, AND ATTACHMENTS THEREON, AND ANY RIGHT TO COLLECT AND RECEIVE ANY PROFIT, RENT, INCOME, AND PROCEEDS THEREFROM,

    Defendant,
_____/

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE of the change of address of the law firm of SCOTT A. SREBNICK, P.A., counsel for Uriel Laber.  The new address is set forth below.

    Respectfully submitted,

    **SCOTT A. SREBNICK, P.A.**
    2214 N.W. 1st Place, 2nd Floor
    Miami, Florida 33127
    Tel. (305) 285-9019

    /s/   *Scott A. Srebnick*
    SCOTT A. SREBNICK, ESQ.
    Florida Bar No. 872910
    E-mail: scott@srebnicklaw.com