UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO: 1:20-CV-25313 |
| | ) | |
| PLAINTIFF | ) | JUDGE KATHLEEN WILLIAMS |
| | ) | |
| VS. | ) | |
| | ) | |
| REAL PROPERTY LOCATED AT 55 PUBLIC SQUARE, CLEVELAND, OHIO, WITH ALL APPURTENANCES, IMPROVEMENTS, AND ATTACHMENTS THEREON, AND ANY RIGHT TO COLLECT AND RECEIVE ANY PROFIT, RENT, INCOME, AND PROCEEDS THEREFROM | ) ) ) ) ) ) ) ) ) ) ) | |
| DEFENDANT. | ) | |

**VERIFIED CLAIM OF LAW OFFICES OF CLEVELAND, INC.**

1. Claimant Law Offices of Cleveland, Inc. ("LOC"), by and through its counsel of record, respectfully submits this verified claim in accordance with 18 U.S.C. §§983, 985, and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (Supplemental Rules).

2. Claimant is a corporation established in the State of Ohio, whose business is to rent office space, and provide other services, to attorneys and law firms.

3. Claimant operates its business at 55 Public Square, Suite 2100, Cleveland, Ohio 44113.

4. On March 20, 2015, Claimant entered into a leasehold agreement with Optima 55 Public Square, LLC, a Delaware Limited Liability Company.

5. Pursuant to the definition of 18 U.S.C. § 983(d)(6), Claimant's leasehold agreement is an

1

ownership interest in the property subject to this lawsuit.

6. Claimant has an ownership interest in real property consisting of 19,985 rentable square feet located on the twenty-first floor of the commercial building located at 55 Public Square, Suite 2100, Cleveland, Ohio 44113.

7. The full legal description of the property is attached as Exhibit A to the Plaintiff's Complaint, filed on December 30, 2020 in this action. (ECF #1, Exhibit A)

8. By way of this ownership interest, Claimant Law Offices of Cleveland, Inc., claims an interest in the following properties, which are defendants in rem in the above-referenced action:

> REAL PROPERTY LOCATED AT 55 PUBLIC SQUARE, CLEVELAND, OHIO, WITH ALL APPURTENANCES, IMPROVEMENTS, AND ATTACHMENTS THEREON, AND ANY RIGHT TO COLLECT AND RECEIVE ANY PROFIT, RENT, INCOME, AND PROCEEDS THEREFROM

(collectively "Defendant Property")

9. The Notice of Verified Complaint for Forfeiture *In Rem* Against Real Property filed by the USA on December 30, 2020 specifically addresses "OPTIMA 55 PUBLIC SQUARE, LLC AND ALL OTHER PERSONS WHO MAY CLAIM AN INTEREST IN THE DEFENDANT PROPERTY." (ECF #1-3:1).

10. Claimant Law Offices of Cleveland, Inc. is an innocent owner, as defined by 18 U.S.C. § 983(d).

11. At all times relevant to this complaint, Plaintiff has performed all of its obligations under the lease.

12. Claimant has suffered economic losses to be determined at the time of trial in this matter. The economic losses include past, present, and future losses.

13. Claimant demands attorney's fees and costs pursuant to the applicable laws, including 28 U.S.C. § 2412(d)(4) and 28 U.S.C. § 2465(b).

14. Claimant reserves any and all objections that will be stated within the Answer to be filed in accordance with 18 U.S.C. §§983, 985, and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (Supplemental Rules).

Respectfully submitted,

/s/ Jonathan D. Carvajal
Jonathan Carvajal, Esq.
GREGORY E. GUDIN P.A.
10180 Sweet Bay Court
Parkland, FL 33076
(786) 348-9267
ggudin@gudinlaw.com

Attorney for Claimant Law Offices of Cleveland, Inc.
55 Public Square
Suite 2100
Cleveland, Ohio 44113
(216) 363-6028
(216) 274-9896 (FAX)
thomas.ryan@ryanllp.com

## VERIFICATION

I, Daniel J. Ryan, am authorized to make this verification on behalf of Law Offices of Cleveland, Inc.

I am the President of Law Offices of Cleveland, Inc., a corporation registered under the laws of the state of Ohio.

I have read the following Verified Claim of Law Offices of Cleveland, Inc. responsive to the complaint in *United States of America v.* Real Property Located At 55 Public Square, Cleveland, Ohio, With All Appurtenances, Improvements, And Attachments Thereon, And Any Right To Collect And Receive Any Profit, Rent, Income, And Proceeds Therefrom, Case No: 1:20-CV-24313-KSW (S.D. Fla. 2020), and know the contents of the Verified Claim.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing Verified Claim of Law Offices of Cleveland, Inc. is true and accurate to the best of my knowledge and belief.

Signed on January 26, 2021 in Cleveland, Ohio.

*/s/ Daniel J. Ryan*
Daniel J. Ryan

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive Notices of Filing electronically.

By: */s/ Jonathan D. Carvajal*
Jonathan Carvajal, Esq.
GREGORY E. GUDIN P.A.
10180 Sweet Bay Court
Parkland, FL 33076
(786) 348-9267
ggudin@gudinlaw.com