UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-CV-25313-KMW

UNITED STATES OF AMERICA,

        Plaintiff,

v.

REAL PROPERTY LOCATED AT 55 PUBLIC SQUARE,
CLEVELAND, OHIO, WITH ALL APPURTENANCES,
IMPROVEMENTS, AND ATTACHMENTS THEREON,
AND ANY RIGHT TO COLLECT AND RECEIVE ANY
PROFIT, RENT, INCOME AND PROCEEDS
THEREFROM,

        Defendant.
_____/

## VERIFIED CLAIM OF VADIM M. SHULMAN, HORNBEAM CORPORATION, AND BRACHA FOUNDATION

Pursuant to Rule G(5)(a) of the Federal Rules of Civil Procedure, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Claimants Vadim M. Shulman ("Shulman"), Hornbeam Corporation ("Hornbeam") and Bracha Foundation ("Bracha") (collectively referred to herein as "Claimants"), by and through their counsel of record, respectfully submit the following verified claim in response to the Verified Complaint for Forfeiture *In Rem* filed by the U.S. Department of Justice ("Verified Complaint"), and state:

### INTRODUCTION

Claimants assert an interest in the defendant property due to Claimants' interest in Warren Steel Holdings, LLC.[1] Claimant was defrauded by the efforts of Igor Kolomoisky ("Kolomoisky")

---

[1] Hornbeam Corporation is the nominee shareholder for Mr. Shulman's shares in Halliwel Assets, Inc., which holds Mr. Shulman's interest in Warren Steel. Bracha Foundation is beneficially owned by Mr. Shulman and is the beneficial owner of the outstanding shares of Warren Steel (currently

and Gennadiy Bogolyubov ("Bogolyubov"). According to the Verified Complaint filed by the U.S. Department of Justice ("Government"), and unbeknownst to Claimant, Warren Steel Holdings, LLC, was a conduit through which Igor Kolomoisky and Gennadiy Bogolyubov fraudulently moved various proceeds, including proceeds belonging to Claimant, for the purchase of the defendant property. Accordingly, to the extent the defendant property was purchased with proceeds fraudulently taken from Claimant, Claimant asserts a claim against the defendant property as further stated herein.

## CLAIM

1.  Shulman, Igor Kolomoisky ("Kolomoisky") and Gennadiy Bogolyubov ("Bogolyubov") shared equal ownership of Warren Steel Holdings, LLC which ran the steel mill located at 4000 Mahoning Avenue in Warren, Ohio ("Warren Steel").[2]

2.  Despite an agreement to act in the best interests of the joint venture and to equally contribute to and share in (in the aggregate) all Warren Steel investments, profits, and losses, Defendants Kolomoisky and Bogolyubov (along with their agents and affiliated entities) defrauded Claimants through elaborate schemes of self-dealing and self-interested transactions.

3.  On or about November 27, 2019, Shulman, along with Bracha Foundation and Hornbeam Corporation filed suit in Delaware Chancery Court against several of the parties referenced in the Verified Complaint including, but not limited to, Kolomoisky, Bogolyubov, Mordechai Korf ("Korf"), Joint Stock Company Commercial Bank PrivatBank ("PrivatBank"),

---

held by Hornbeam). On December 19, 2014, Hornbeam transferred its ownership of one-third of the total shares in Halliwel to Bracha but Halliwel has refused to take the ministerial step of registering Bracha in Halliwel's share register. As a result, Hornbeam remains the registered shareholder in Halliwel. As a result, both entities are included as named Claimants.

[2] Mr. Shulman is the "former business partner" referenced in the Government's Verified Complaint. *See* Verified Complaint, ¶ 82(g).

Warren Steel Holdings, LLC, Optima Acquisitions, LLC, Optima Group, LLC, CC Metals and Alloys, LLC, Felman Trading, Inc., Felman Production, LLC, Optima Fixed Income, LLC, Optima Ventures, LLC, Optima International of Miami, Inc., and Georgian American Alloys, Inc. [*Shulman et al. v. Kolomoisky, et al.,* C.A. No. 2019-0678-JRS] (hereinafter referred to as the "Delaware Litigation").

4. The Delaware Litigation was initiated as the result of a series of large-scale and coordinated fraudulent schemes orchestrated by Kolomoisky, Bogolyubov, Korf and their agents (both in the U.S. and abroad), which included PrivatBank, that resulted in the misappropriation of millions of dollars of assets and property belonging to Shulman in conjunction with a joint venture entered into between Shulman and Kolomoisky and Bogolyubov involving the acquisition and management of Warren Steel, as well as the misappropriation of more than $30 million in proceeds belonging to Shulman that were purportedly invested in Warren Steel by Kolomoisky and Bogolyubov without Shulman's knowledge or consent.

5. Through these fraudulent schemes, Kolomoisky, Bogolyubov (including their agents and affiliates), and PrivatBank wrongfully issued millions of dollars of illegitimate, inadequately-secured loans to Warren Steel through a vast network of affiliated companies that were owned and/or controlled by Kolomoisky, Bogolyubov and Korf. These illusory loans, which were purportedly for "general corporate financing," were in fact sham arrangements. For example, the loan proceeds provided by PrivatBank to Warren Steel were not used to fund the company's operations. Rather, the loan proceeds passed straight through Warren Steel; then through a network of affiliated entities before finally being disbursed to other entities and/or individuals, which were owned and/or controlled by Kolomoisky and Bogolyubov.

6. The Verified Complaint makes reference to a $19 million loan to Warren Steel from Optima Acquisitions directed by Korf as well as a loan to Warren Steel from Optima Ventures, followed by a loan to Warren Steel from Felman Trading, Inc. to pay back the initial loan. *See* Verified Complaint, ¶¶ 84-85.

7. The Verified Complaint further alleges that a wholly-owned subsidiary of Optima Ventures (Optima 55 Public Square), was incorporated in Delaware specifically to acquire the property located at 55 Public Square, Cleveland, Ohio, and that the paperwork for the purchase was signed by Korf – the President of Warren Steel and who also holds key management and leadership positions at multiple affiliated entities that have purportedly loaned money to Warren Steel including CC Metals and Alloys LLC (President, CEO), Felman Trading, Inc., one of Warren Steel's largest suppliers (Director, President, CEO), Optima Acquisitions, LLC (CEO), Optima Fixed Income, LLC (President), Optima Group LLC (President, CEO), Optima International of Miami, Inc. (President), Optima Ventures LLC (Manager), and Felman Production, LLC (President, CEO). *Id.* at ¶¶ 94-95.

8. To the extent it is determined that misappropriated funds from Claimants and/or Warren Steel were used to purchase 55 Public Square located in Cleveland, Ohio, Claimants claim an interest in the proceeds (in an amount to be determined) resulting from any sale of the defendant in rem in the above-referenced action and consisting of the following:

> REAL PROPERTY LOCATED AT 55 PUBLIC SQUARE, CLEVELAND, OHIO, WITH ALL APPURTENANCES, IMPROVEMENTS, AND ATTACHMENTS THEREON, AND ANY RIGHT TO COLLECT AND RECEIVE ANY PROFIT, RENT, INCOME AND PROCEEDS THEREFROM

(collectively, the "Defendant Asset").

9. To the extent it is determined that misappropriated funds from Claimants and/or Warren Steel were used to purchase the Defendant Asset, Claimants assert an interest in Defendant

Asset and respectfully requests that any order of forfeiture appropriately address Claimants' interest.

        Respectfully Submitted,

        VADIM M. SHULMAN, HORNBEAM CORPORATION, and BRACHA FOUNDATION

        By their attorneys,

        */s/ Tucker H. Byrd*
        Tucker H. Byrd (FBN #381632)
        Thomas C. Allison (FBN #035242)
        Byrd Campbell, P.A.
        180 Park Avenue North, Suite 2A
        Winter Park, FL 32789
        (407) 392-2285
        TByrd@ByrdCampbell.com
        TAllison@ByrdCampbell.com

        John A. Sten (BBO #629577)
        Jason C. Moreau (BBO #648678)
        Armstrong Teasdale LLP
        225 Franklin St., 26th Fl.
        Boston, MA 02110
        (617) 217-2030
        jsten@atllp.com
        jmoreau@atllp.com

Dated: January 29, 2021

## VERIFICATION

I, Vadim M. Shulman, make this verification on my own behalf.

I have read the foregoing Verified Claim of Vadim M. Shulman responsive to the complaint in *United States v. Real Property Located at 55 Public Square, Cleveland, Ohio*, Case No.: 1:20-cv-25313-KMW (S.D. Fla. 2020), and know the contents of the Verified Claim.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on January 29, 2021

_____
Vadim M. Shulman

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 29, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive Notices of Filing electronically.

                                                */s/ Tucker H. Byrd*
                                                Tucker H. Byrd