UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO: 1:20-CV-25313 |
| | ) | |
| PLAINTIFF | ) | JUDGE KATHLEEN WILLIAMS |
| | ) | |
| VS. | ) | |
| | ) | |
| REAL PROPERTY LOCATED AT | ) | |
| 55 PUBLIC SQUARE, CLEVELAND, | ) | |
| OHIO, WITH ALL | ) | |
| APPURTENANCES, | ) | |
| IMPROVEMENTS, AND | ) | |
| ATTACHMENTS THEREON, AND | ) | |
| ANY RIGHT TO COLLECT AND | ) | |
| RECEIVE ANY PROFIT, RENT, | ) | |
| INCOME, AND PROCEEDS | ) | |
| THEREFROM | ) | |
| | ) | |
| DEFENDANT. | ) | |

**NOTICE OF CHANGE OF SERVICE E-MAIL ADDRESS**

PLEASE TAKE NOTICE, pursuant to SDFL LR 11.1(g) and CM/ECF Admin. Pro. 3D, that the undersigned Jonathan D. Carvajal, Esq., attorney for Claimant, Law Offices of Cleveland, Inc., has changed its primary service E-mail address. Please direct all current and future correspondences, notices, pleadings, etc. to his attention at the following.

- Primary Service E-Mail: jd@manraraandassociates.com
- Secondary Service E-Mail: ggudin@gudinlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 01, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF in compliance with SDFL LR 5.1. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified,

either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive Notices of Filing electronically.

          Respectfully submitted,

By: */s/ Jonathan D. Carvajal*
    Jonathan Carvajal, Esq.
    GREGORY E. GUDIN P.A.
    10180 Sweet Bay Court
    Parkland, FL 33076
    T: (786) 348-9267