UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:20-cv-25313-WILLIAMS

UNITED STATES OF AMERICA,

      Plaintiff,

v.

REAL PROPERTY LOCATED AT 55 PUBLIC SQUARE,
CLEVELAND, OHIO, WITH ALL APPURTENANCES,
IMPROVEMENTS, AND ATTACHMENTS THEREON,
AND ANY RIGHT TO COLLECT AND RECEIVE ANY
PROFIT, RENT, INCOME, AND PROCEEDS
THEREFROM,

      Defendant,
_____/

## [PROPOSED] ORDER
## GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME

THIS CAUSE came before the Court upon Claimants' Unopposed Motion for Extension of Time and Unopposed Motion to Transfer Case to a Single Judge (ECF No. ____).

The Court having reviewed the Motion, considering that it is unopposed, and being otherwise duly advised in the premises, finds good cause exists for the extension of time requested. Accordingly, it is hereby **ORDERED** that Claimants' Unopposed Motion for Extension of Time and Unopposed Motion to Transfer Case to a Single (ECF No. _____) is **GRANTED as to the extension of time**. The deadline for Claimants' to file their answer(s) or responsive motion(s) is extended to and including February 19, 2021. The Court will rule on the request for transfer by separate order of the Court.

DONE AND ORDERED in Miami, Florida this ___ day of February, 2021.

                                                             KATHLEEN M. WILLIAMS
                                                             UNITED STATES DISTRICT JUDGE