UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:20-cv-25313-WILLIAMS

UNITED STATES OF AMERICA,

      Plaintiff,

v.

REAL PROPERTY LOCATED AT 55 PUBLIC SQUARE, CLEVELAND, OHIO, WITH ALL APPURTENANCES, IMPROVEMENTS, AND ATTACHMENTS THEREON, AND ANY RIGHT TO COLLECT AND RECEIVE ANY PROFIT, RENT, INCOME, AND PROCEEDS THEREFROM,

      Defendant,
_____/

## [PROPOSED] TRANSFER ORDER

This civil action involves facts and issues that are substantially similar to earlier-filed actions pending before Judge Marcia G. Cooke (Case No. 20-CV-23278-Cooke) & (Case No. 20-CV-23279-Cooke). In keeping with Internal Operating Procedure 2.15.00 of this Court, the judges involved have determined that that this action should be transferred to the judge to whom the earlier-filed actions are assigned. Subject to Judge Cooke's consent, the Court directs the Clerk to transfer this case to Judge Marcia G. Cooke, consistent with Internal Operating Procedure 2.15.00.

DONE AND ORDERED in Miami, Florida this ___ day of February, 2021.

                                                _____
                                                KATHLEEN M. WILLIAMS
                                                UNITED STATES DISTRICT JUDGE

After reviewing this matter, I accept the transfer of this action, and order that all future filings in this action bear the case number **20-23278-Civ-Cooke**, indicating the judge to whom all filings should be routed or otherwise brought for attention.

**This transfer is accepted** on February _____, 2021.

_____
MARCIA G. COOKE
UNITED STATES DISTRICT JUDGE