UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-25313-CIV-WILLIAMS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

REAL PROPERTY LOCATED AT 55 PUBLIC SQUARE,
CLEVELAND, OHIO, *et al.*

    Defendants.
_____/

## ORDER TRANSFERRING CASE

**THIS MATTER** is before the Court on the Claimant's unopposed motion for extension and to transfer case to a single judge. (DE 13.) Pursuant to Internal Operating Procedure 2.15.00 of the United States District Court for the Southern District of Florida and based on related cases: 20-cv-23278-MGC and 20-cv-23279-MGC, **GOOD CAUSE** exists to transfer this case to the Honorable Marcia G. Cooke.

Based on these circumstances, and with the agreement and consent of District Judge Marcia G. Cooke, it is **ORDERED AND ADJUDGED** that this case is **TRANSFERRED** to Judge Cooke. The claimants' unopposed motion is **GRANTED** as to the request to transfer the case to a single judge. (DE 13.) In light of the transfer, the Court **RESERVES** a ruling on the motion for extension.

**DONE AND ORDERED** in chambers at Miami, Florida, this 5th day of February, 2021.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

After reviewing the record, the undersigned hereby accepts the transfer of this action. Therefore, it is

**ORDERED AND ADJUDGED** that all pleadings filed after this date shall bear the following case number, **20-cv-25313-MGC**, indicating the Judge to whom all pleadings should be routed.

**DONE AND SIGNED** in chambers at Miami Florida, this 5th day of February 2021.

_____
MARCIA G. COOKE
United States District Judge