UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-CV-25313-MGC

UNITED STATES OF AMERICA,

        Plaintiff,

v.

REAL PROPERTY LOCATED AT 55 PUBLIC SQUARE,
CLEVELAND, OHIO, WITH ALL APPURTENANCES,
IMPROVEMENTS, AND ATTACHMENTS THEREON,
AND ANY RIGHT TO COLLECT AND RECEIVE ANY
PROFIT, RENT, INCOME AND PROCEEDS
THEREFROM,

        Defendant.
_____/

**UPDATED NOTICE OF APPEARANCE OF COUNSEL
AND DESIGNATION OF E-MAIL ADDRESSES**

PLEASE TAKE NOTICE that Tucker H. Byrd and Thomas C. Allison of Byrd Campbell, P.A. enter an appearance as counsel for Claimants, VADIM M. SHULMAN ("Shulman"), HORNBEAM CORPORATION ("Hornbeam") and BRACHA FOUNDATION ("Bracha"), in the above-styled cause. Please forward copies of all future pleadings and correspondence to the undersigned counsel utilizing the following contact information:

**BYRD CAMPBELL, P.A.**
180 Park Avenue North, Suite 2A
Winter Park, Florida 32789
Telephone: (407) 392-2285
Facsimile: (407) 392-2286
Primary Email: TByrd@ByrdCampbell.com
Primary Email: TAllison@ByrdCampbell.com
Secondary Email: EGarcia@ByrdCampbell.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive Notices of Filing electronically.

                                        s/*Thomas Allison*_____
                                        **Tucker H. Byrd**
                                        Florida Bar No. 381632
                                        **Thomas C. Allison**
                                        Florida Bar No. 35242
                                        **BYRD CAMPBELL, P.A.**
                                        180 Park Avenue North, Suite 2A
                                        Winter Park, Florida 32789
                                        Telephone: (407) 392-2285
                                        Facsimile: (407) 392-2286
                                        Primary Email: TByrd@ByrdCampbell.com
                                        Primary Email: TAllision@ByrdCampbell.com
                                        Secondary Email: EGarcia@ByrdCampbell.com
                                        *Attorneys for Claimants*