**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO: 1:20-CV-25313** |
| | ) | |
| **PLAINTIFF** | ) | **JUDGE MARCIA G. COOKE** |
| | ) | |
| **VS.** | ) | |
| | ) | |
| **REAL PROPERTY LOCATED AT 55** | ) | **DEMAND FOR JURY TRIAL** |
| **PUBLIC SQUARE, CLEVELAND,** | ) | |
| **OHIO, WITH ALL** | ) | |
| **APPURTENANCES,** | ) | |
| **IMPROVEMENTS, AND** | ) | |
| **ATTACHMENTS THEREON, AND** | ) | |
| **ANY RIGHT TO COLLECT AND** | ) | |
| **RECEIVE ANY PROFIT, RENT,** | ) | |
| **INCOME, AND PROCEEDS** | ) | |
| **THEREFROM** | ) | |
| | ) | |
| **DEFENDANT.** | ) | |

**ANSWER TO AMENDED VERIFIED COMPLAINT FOR**
**FOR FORFEITURE *IN REM* OF CLAIMANT LAW OFFICES OF**
**CLEVELAND, INC**

Now comes Claimant Law Offices of Cleveland, Inc. "LOC"), by and through undersigned counsel, having previously filed a Verified Claim on January 26, 2021 (ECF #10), files this Answer and Affirmative Defenses in accordance with Federal Civil Rule 12, Rule G(5)(b) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and 18 U.S.C. §§ 981-987 as follows:

1. Claimant admits this action is a civil action *in rem* and has filed a claim of interest of the defendant property identified in "Attachment A" to the Verified Complaint for Forfeiture *In Rem*. Claimants have insufficient knowledge or information to form a belief as to the truth of the remaining allegations listed in Paragraph 1 of the Verified Complaint.

1

2. Claimant admits this action involves the real property located at 55 Public Square in Cleveland, Ohio and a 22-story office building. Claimant has insufficient knowledge or information to form a belief as to the truth of the remaining allegations listed in Paragraph 2 of the Verified Complaint.

3. Claimant admits the United States seeks forfeiture of the Defendant Asset, but has insufficient knowledge or information to form a belief as to the truth of the remaining allegations listed in Paragraph 3 of the Verified Complaint.

4. Claimant admits the United States seeks forfeiture of the Defendant Asset, but has insufficient knowledge or information to form a belief as to the truth of the remaining allegations listed in Paragraph 4 of the Verified Complaint.

5. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 5 of the Verified Complaint.

## JURISDICTION AND VENUE

6. Claimant admits this Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355.

7. Claimant denies venue lies in this district and further asserts proper venue lies in the Northern District of Ohio, pursuant to 28 U.S.C. § 1395. Claimant has not consented to this venue. Claimant has insufficient knowledge or information to form a belief as to the truth of the remaining allegations listed in Paragraph 7 of the Verified Complaint.

## PEOPLE AND ENTITIES

8. Claimant admits the Plaintiff is the United States of America

9. Claimant admits the Defendant Asset is an office building located at 55 Public Square in Cleveland, Ohio 44113. Claimant further admits the full legal description is attached as Attachment A to the Verified Complaint.

10. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 10 of the Verified Complaint.

11. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 11 of the Verified Complaint.

12. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 12 of the Verified Complaint.

13. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 13 of the Verified Complaint.

14. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 14 of the Verified Complaint.

15. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 15 of the Verified Complaint.

## FACTUAL ALLEGATIONS

16. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 16 of the Verified Complaint.

17. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 17 of the Verified Complaint.

18. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 18 of the Verified Complaint.

19. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 19 of the Verified Complaint.

20. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 20 of the Verified Complaint.

21. Claimant believes the Defendant Asset was purchased and is owned by Optima 55 Public

Square, LLC.  Claimant has insufficient knowledge or information to form a belief as to the truth of the remaining allegations listed in Paragraph 21 of the Verified Complaint.

## I.     Kolomoisky and Boholiubov Stole Billions from Private Bank[1]

### A.   Kolomoisky and Boholiubov Controlled PrivatBank

22. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 22 of the Verified Complaint.

23. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 23 of the Verified Complaint.

24. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 24 of the Verified Complaint, including footnote 2.

25. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 25 of the Verified Complaint, including footnote 3.

26. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 26 of the Verified Complaint.

27. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 27 of the Verified Complaint.

28. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 27 of the Verified Complaint

29. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 29 of the Verified Complaint.

30. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 30 of the Verified Complaint

---

1 *Claimant neither admits or denies the allegations set forth in any headings listed in the Complaint, and they are copied in this Answer for the sole purpose of clarity of the pleadings.*

31. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 31 of the Verified Complaint.

### B. Kolomoisky and Boholiubov Embezzled Money and Defrauded the Bank

32. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 32 of the Verified Complaint.

33. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 33 of the Verified Complaint.

34. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 34 of the Verified Complaint.

35. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 35 of the Verified Complaint.

36. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 36 of the Verified Complaint.

37. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 37 of the Verified Complaint.

38. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 38 of the Verified Complaint.

39. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 39 of the Verified Complaint.

40. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 40 of the Verified Complaint.

41. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 41 of the Verified Complaint.

42. Claimant has insufficient knowledge or information to form a belief as to the truth of the

allegations listed in Paragraph 42 of the Verified Complaint.

43. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 43 of the Verified Complaint.

44. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 44 of the Verified Complaint.

45. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 45 of the Verified Complaint.

46. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 46 of the Verified Complaint, including footnote 4.

47. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 47 of the Verified Complaint.

48. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 48 of the Verified Complaint.

49. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 49 of the Verified Complaint.

50. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 50 of the Verified Complaint.

51. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 51 of the Verified Complaint.

52. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 52 of the Verified Complaint.

53. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 53 of the Verified Complaint.

54. Claimant has insufficient knowledge or information to form a belief as to the truth of the

allegations listed in Paragraph 54 of the Verified Complaint.

55. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 55 of the Verified Complaint.

56. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 56 of the Verified Complaint.

57. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 57 of the Verified Complaint.

58. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 58 of the Verified Complaint.

59. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 59 of the Verified Complaint.

60. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 60 of the Verified Complaint, including footnote 5.

61. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 61 of the Verified Complaint.

62. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 62 of the Verified Complaint.

    **C.  Kolomoisky and Boholiubov's Actions Violated Ukrainian Law.**

63. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 63 of the Verified Complaint.

64. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 64 of the Verified Complaint.

65. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 65 of the Verified Complaint.

66. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 66 of the Verified Complaint.

67. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 67 of the Verified Complaint.

68. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 68 of the Verified Complaint.

69. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 69 of the Verified Complaint.

70. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 70 of the Verified Complaint.

71. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 71 of the Verified Complaint.

      **D.    Kolomoisky and Boholiubov Laundered the Loan Proceeds.**

72. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 72 of the Verified Complaint.

73. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 73 of the Verified Complaint.

74. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 74 of the Verified Complaint.

75. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 75 of the Verified Complaint.

76. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 76 of the Verified Complaint.

77. Claimant has insufficient knowledge or information to form a belief as to the truth of the

allegations listed in Paragraph 77 of the Verified Complaint.

78. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 78 of the Verified Complaint.

79. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 79 of the Verified Complaint.

## II.   Korf and Laber Created a Vast Network of Companies to Launder the Stolen Money and Invest It In the United States

80. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 80 of the Verified Complaint.

81. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 81 of the Verified Complaint.

82. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 82 of the Verified Complaint, including footnotes 6-8.

83. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 83 of the Verified Complaint.

84. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 84 of the Verified Complaint.

85. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 85 of the Verified Complaint.

86. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 86 of the Verified Complaint.

87. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 87 of the Verified Complaint.

88. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 88 of the Verified Complaint.

89. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 89 of the Verified Complaint.

90. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 90 of the Verified Complaint.

91. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 91 of the Verified Complaint.

**III.     Optima Purchased 55 Public Square With Funds Misappropriated from PrivatBank**

92. Claimant admits the office building located at 55 Public Square was built in 1958 and is a 22-story building with approximately 430,000 square feet of office space. Claimant has insufficient knowledge or information to form a belief as to the truth of the remaining allegations listed in Paragraph 92 of the Verified Complaint.

93. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 93 of the Verified Complaint.

94. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 94 of the Verified Complaint.

95. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 95 of the Verified Complaint.

96. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 96 of the Verified Complaint.

97. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 97 of the Verified Complaint.

98. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 98 of the Verified Complaint.

A. **The Money Used to Purchase 55 Public Square Was Proceeds of Fraud and Embezzlement.**

99. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 99 of the Verified Complaint, including footnote 9.

100. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 100 of the Verified Complaint, including footnote 10.

101. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 101 of the Verified Complaint.

102. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 102 of the Verified Complaint.

103. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 103 of the Verified Complaint.

104. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 104 of the Verified Complaint.

105. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 105 of the Verified Complaint.

106. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 106 of the Verified Complaint.

107. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 107 of the Verified Complaint.

108. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 108 of the Verified Complaint.

109. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 109 of the Verified Complaint, including footnote 11.

110. Claimant has insufficient knowledge or information to form a belief as to the truth of the

allegations listed in Paragraph 110 of the Verified Complaint.

111. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 111 of the Verified Complaint.

112. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 112 of the Verified Complaint.

113. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 113 of the Verified Complaint.

### B. Optima 55 Public Square Undertook Additional Money Laundering Transactions

114. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 114 of the Verified Complaint.

115. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 115 of the Verified Complaint.

116. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 116 of the Verified Complaint.

117. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 117 of the Verified Complaint.

### C. 55 Public Square Was Used As Collateral for Loans that Were not Repaid.

118. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 118 of the Verified Complaint.

119. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 119 of the Verified Complaint.

120. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 120 of the Verified Complaint.

121. Claimant has insufficient knowledge or information to form a belief as to the truth of the

allegations listed in Paragraph 121 of the Verified Complaint.

122. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 122 of the Verified Complaint.

123. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 123 of the Verified Complaint.

124. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 124 of the Verified Complaint.

125. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 125 of the Verified Complaint.

126. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 126 of the Verified Complaint.

127. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 127 of the Verified Complaint.

## **FIRST CLAIM FOR RELIEF**

18 U.S.C. § 981(a)(1)(C)

128. Claimant reincorporates the admissions, denials, and assertions regarding insufficiency of knowledge or information to form a belief as to the truth of the allegations stated in Paragraphs 1 through 127 above by reference as if fully set forth herein.

129. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 129 of the Verified Complaint.

130. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 130 of the Verified Complaint.

## SECOND CLAIM FOR RELIEF

18 U.S.C. § 981(a)(1)(A)

131. Claimant reincorporates the admissions, denials, and assertions regarding insufficiency of knowledge or information to form a belief as to the truth of the allegations stated in Paragraphs 1 through 127 above by reference as if fully set forth herein.

132. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 132 of the Verified Complaint.

133. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 133 of the Verified Complaint.

## THIRD CLAIM FOR RELIEF

18 U.S.C. § 981(a)(1)(A)

134. Claimant reincorporates the admissions, denials, and assertions regarding insufficiency of knowledge or information to form a belief as to the truth of the allegations stated in Paragraphs 1 through 127 above by reference as if fully set forth herein.

135. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 135 of the Verified Complaint.

136. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 136 of the Verified Complaint.

## FOURTH CLAIM FOR RELIEF

18 U.S.C. § 981(a)(1)(A)

137. Claimant reincorporates the admissions, denials, and assertions regarding insufficiency of knowledge or information to form a belief as to the truth of the allegations stated in Paragraphs 1 through 127 above by reference as if fully set forth herein.

138. Claimant has insufficient knowledge or information to form a belief as to the truth of the

allegations listed in Paragraph 138 of the Verified Complaint.

139. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 139 of the Verified Complaint.

## FIFTH CLAIM FOR RELIEF

18 U.S.C. § 981(a)(1)(A)

140. Claimant reincorporates the admissions, denials, and assertions regarding insufficiency of knowledge or information to form a belief as to the truth of the allegations stated in Paragraphs 1 through 127 above by reference as if fully set forth herein.

141. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 141 of the Verified Complaint.

142. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 142 of the Verified Complaint.

## SIXTH CLAIM FOR RELIEF

18 U.S.C. § 981(a)(1)(A)

143. Claimant reincorporates the admissions, denials, and assertions regarding insufficiency of knowledge or information to form a belief as to the truth of the allegations stated in Paragraphs 1 through 127 above by reference as if fully set forth herein.

144. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 144 of the Verified Complaint.

145. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 145 of the Verified Complaint.

## SEVENTH CLAIM FOR RELIEF

18 U.S.C. § 981(a)(1)(A)

146. Claimant reincorporates the admissions, denials, and assertions regarding insufficiency of

knowledge or information to form a belief as to the truth of the allegations stated in Paragraphs 1 through 127 above by reference as if fully set forth herein.

147. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 147 of the Verified Complaint.

148. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 148 of the Verified Complaint.

149. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations listed in Paragraph 149 of the Verified Complaint.

## AFFIRMATIVE DEFENSES

## FIRST DEFENSE

150. Claimant is an "owner" as defined by 18 U.S.C. § 983(d)(6) because at all times relevant it held a valid leasehold interest with the property located at 55 Public Square, Cleveland, Ohio 44113, as fully described in Attachment A to the Verified Complaint.

151. Claimant had no knowledge of the alleged illegal conduct giving rise to this forfeiture action and, as such, Claimants are and were at all times material hereto "innocent owners" as provided for in 18 U.S.C. § 983(d).

152. Claimant is entitled to just compensation or further remedies available under federal and Ohio law.

153. As an innocent owner in the property located at 55 Public Square, Cleveland, Ohio 44113, Claimant is entitled to one of the following remedies:

   a. Transferring the property interest to the Government with a provision that the Government compensate Claimant to the extent of Claimant's ownership interest once a final order of forfeiture has been entered and the property has been reduced to liquid assets; or

   b. Transferring the property to Claimant subject to a lien in favor of the Government to the extent of the forfeitable interest in the property.

**SECOND DEFENSE**

154. Forfeiture of Claimant's property violates the due process clause of the Fifth Amendment to the United States Constitution.

155. The United States' prosecution of this forfeiture action constitutes a taking without just compensation in violation of the Fifth Amendment to the United States Constitution.

**THIRD DEFENSE**

156. Forfeiture of Claimant's property would constitute an excessive fine under the provisions of the excessive fines clause of the Eighth Amendment, 18 U.S.C. § 983(g), and as set forth in Rule G(8)(e) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

**FOURTH DEFENSE**

157. Forfeiture of Claimant's property violates the protections of the Fourteenth Amendment to the United States Constitution.

**FIFTH DEFENSE**

158. Claimant asserts the defense of improper venue as stated in F.R.C.P. Rule 12(b)(3).

**SIXTH DEFENSE**

159. Claimant asserts the defense of insufficient process as stated in F.R.C.P. Rule 12(b)(4).

**SEVENTH DEFENSE**

160. Claimant asserts the defense of insufficient service of process as stated in F.R.C.P. Rule 12(b)(5).

**EIGHTH DEFENSE**

161. Claimant asserts the defense of failure to state a claim upon which relief can be granted as stated in F.R.C.P. Rule 12(b)(6).

**NINTH DEFENSE**

162. Claimant asserts that Ohio law should control the property rights of the Defendant and those with leasehold interests in the same.

**TENTH DEFENSE**

163. Forfeiture of Claimant's property violates the Tenth Amendment to the United States Constitution.

**ELEVENTH DEFENSE**

164. Claimant's use and enjoyment of the property has been deprived through the filing of this action and has further caused irreparable harm to its financial interests, which continue to accrue.

165. Claimant was threatened with eviction after the Plaintiff initiated this case, in violation of 18 U.S.C. § 985(b)(1);

166. The deprivation of the use and enjoyment of the real property violates 18 U.S.C. § 985(b)(1).

**WHEREFORE**, Claimant Law Offices of Clevelsnd, Inc. respectfully requests this Honorable Court enter an appropriate order in favor of Claimant with one of the remedies available to it as an innocent owner with a partial interest in the property, as defined and available by 18 U.S.C. § 983(d)(5);

Further that the Court enter an award for Claimant's costs and attorney fees as available by 28 U.S.C §2465(b)(1)(A), and any other relief the Court deems appropriate pursuant to 28 U.S.C. § 2465;

Further, that the Court make such further disposition as it deems appropriate, including an award of costs and attorney fees in favor of the Claimant.

        Respectfully submitted,

        */s/ Jonathan D. Carvajal*
        Jonathan Carvajal, Esq.
        GREGORY E. GUDIN P.A.
        10180 Sweet Bay Court
        Parkland, FL 33076

## **DEMAND FOR JURY TRIAL**

Claimant hereby demands a trial by jury of all issues so triable in this proceeding.

        By: */s/ Jonathan D. Carvajal*
        Jonathan Carvajal, Esq.
        GREGORY E. GUDIN P.A.
        10180 Sweet Bay Court
        Parkland, FL 33076
        Primary: (305)796-5103
        Secondary: (786) 348-9267
        Primary: jd@manraraandassociates.com
        Secondary: ggudin@gudinlaw.com

        Attorney for Claimant Law Offices of
        Cleveland, Inc.
        55 Public Square
        Suite 2100
        Cleveland, Ohio 44113
        (216) 363-6028
        (216) 274-9896 (FAX)
        thomas.ryan@ryanllp.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive Notices of Filing electronically.

The answer is also being served in accordance with the Notice of Verified Complaint for Forfeiture *In Rem* Against Real Property, dated December 30, 2020, ¶6, and is being sent by certified and ordinary mail to:

>AUSA Adrienne E. Rosen,
>United States Attorney's Office,
>99 NE 4th Street, 7th Floor,
>Miami, Florida 33132.

>And by email to:

>AUSA Adrienne E. Rosen: Adrienne.Rosen@usdoj.gov
>AUSA Shai D. Bronshtein: Shai.Bronshtein@usdoj.gov

>By: */s/ Jonathan D. Carvajal*
>Jonathan Carvajal, Esq.
>GREGORY E. GUDIN P.A.
>10180 Sweet Bay Court
>Parkland, FL 33076
>Primary: (305)796-5103
>Secondary: (786) 348-9267
>Primary: jd@manraraandassociates.com
>Secondary: ggudin@gudinlaw.com