**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No.: 1:20-cv-25313-MGC**

UNITED STATES OF AMERICA,

        Plaintiff,

v.

REAL PROPERTY LOCATED AT 55 PUBLIC SQUARE,
CLEVELAND, OHIO, WITH ALL APPURTENANCES,
IMPROVEMENTS, AND ATTACHMENTS THEREON,
AND ANY RIGHT TO COLLECT AND RECEIVE ANY
PROFIT, RENT, INCOME, AND PROCEEDS THEREFROM,

        Defendant.
_____/

**DECLARATION OF JOSHUA N. PAUL IN SUPPORT**
**OF CLAIMANTS' MOTION TO DISMISS**

JOSHUA N. PAUL, an attorney duly licensed to practice law before the Courts of the State of New York, hereby declares, under penalty of perjury pursuant to 28 U.S.C. § 1746, that:

1. I am Special Counsel of the firm Kasowitz Benson Torres LLP, counsel for Claimants Mordechai Korf, Uriel Laber, Optima 55 Public Square, LLC, and Optima Ventures, LLC ("Claimants") in the above-captioned matter.

2. I respectfully submit this declaration in support of Claimants' memorandum of law in support of their motion to dismiss.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the Decision in *Joint Stock Co. Nikopol Ferroalloy Plant v. Joint Stock Co. Comm. Bank PrivatBank*, No. 910/14224/20 (Kyiv Econ. Ct. Jan. 22, 2021), with certified translation.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the Decision in *Joint Stock Co. Nikopol Ferroalloy Plant v. Joint Stock Co. Comm. Bank PrivatBank*, No. 910/13313/20 (Kyiv Econ. Ct. Jan. 22, 2021), with certified translation.

5. Attached hereto as **Exhibit 3** is a true and correct copy of the Decision in *Joint Stock Co. Nikopol Ferroalloy Plant v. Joint Stock Co. Comm. Bank PrivatBank*, No. 910/16154/20 (Kyiv Econ. Ct. Feb. 9, 2021), with certified translation.

6. Attached hereto as **Exhibit 4** is a true and correct copy of the Statement of Claim in *Joint Stock Co. Zaporizhzhia Ferroalloy Plant v. Joint Stock Co. Comm. Bank PrivatBank*, No. 18-171/195 (Kyiv Econ. Ct. Feb. 1, 2021), with certified translation.

7. Attached hereto as **Exhibit 5** is a true and correct copy of the Statement of Claim in *Joint Stock Co. Zaporizhzhia Ferroalloy Plant v. Joint Stock Co. Comm. Bank PrivatBank*, No. 18-180/282 (Kyiv Econ. Ct. Dec. 3, 2020), with certified translation.

8. Attached hereto as **Exhibit 6** is a true and correct copy of the Statement of Claim in *Joint Stock Co. Zaporizhzhia Ferroalloy Plant v. Joint Stock Co. Comm. Bank PrivatBank*, No. 18-181/283 (Kyiv Econ. Ct. Feb. 1, 2021), with certified translation.

Dated: New York, New York
February 19, 2021

By: _____
Joshua N. Paul