# EXHIBIT 2





# ГОСПОДАРСЬКИЙ СУД МІСТА КИЄВА

01030, м. Київ, вул. Б. Хмельницького, 44-б, тел. (044) 284-18-98

**РІШЕННЯ**
**ІМЕНЕМ УКРАЇНИ**
(вступна та резолютивна частини)
м. Київ

22.01.2021                                                                                       справа №910/13313/20

Господарський суд міста Києва у складі судді Марченко О.В., за участю секретаря судового засідання Роздобудько В.В., розглянув у відкритому судовому засіданні справу №910/13313/20

за позовом акціонерного товариства «Нікопольський завод феросплавів» (53200, Дніпропетровська обл., м. Нікополь, вул. Електрометалургів, буд. 310; ідентифікаційний код 00186520)

до акціонерного товариства комерційного банку «ПриватБанк» (01001, м. Київ, вул. Грушевського, буд. 1Д; ідентифікаційний код 14360570)

про визнання зобов'язань припиненими,

за участю представників:
позивача – Сімонової Є.О. (довіреність від 28.09.2020 №55-4016);
              Кобеляцького Д.М. (довіреність від 02.10.2020 №57-4016);
відповідача – Кулинича В.П. (довіреність від 21.09.2020 №105);
              Монастирського Д.О. (довіреність від 21.01.2020 №104).

Керуючись статтями 129, 233, 236 – 238, 240 та 241 Господарського процесуального кодексу України, господарський суд міста Києва

**ВИРІШИВ:**

1. Позовні вимоги акціонерного товариства «Нікопольський завод феросплавів» (53200, Дніпропетровська обл., м. Нікополь, вул. Електрометалургів, буд. 310; ідентифікаційний код 00186520) до акціонерного товариства комерційного банку «ПриватБанк» (01001, м. Київ, вул. Грушевського, буд. 1Д; ідентифікаційний код 14360570) про визнання зобов'язань припиненими задовольнити повністю.

2. Визнати припиненими усі зобов'язання акціонерного товариства «Нікопольський завод феросплавів» (53200, Дніпропетровська обл., м. Нікополь, вул. Електрометалургів, буд. 310; ідентифікаційний код 00186520) перед акціонерним товариством комерційним банком «ПриватБанк» (01001, м. Київ, вул. Грушевського, буд. 1Д; ідентифікаційний код 14360570) у зв'язку з їх повним виконанням, проведеним належним чином, за укладеними сторонами такими кредитними договорами:

від 02.07.2007 №4Н1212Д;
від 04.01.2008 №4Н1312Д;
від 01.07.2008 №4Н1479Д;
від 02.02.2009 №4Н09196Д;
від 02.02.2009 №4Н09202И;
від 02.02.2009 №4Н09208И;

від 02.02.2009 №4Н09209И;
від 01.04.2010 №4Н10086Д;
від 01.07.2010 №4Н10122Д;
від 01.09.2010 №4Н10220Д;
від 01.09.2010 №4Н10221Д;
від 01.09.2010 №4Н10224Д;
від 01.10.2010 №4Н10258Д;
від 01.10.2010 №4Н10263Д;
від 19.09.2011 №4Н11415Д.

3. Стягнути з акціонерного товариства комерційного банку «ПриватБанк» (01001, м. Київ, вул. Грушевського, буд. 1Д; ідентифікаційний код 14360570) на користь акціонерного товариства «Нікопольський завод феросплавів» (53200, Дніпропетровська обл., м. Нікополь, вул. Електрометалургів, буд. 310; ідентифікаційний код 00186520) 31 530 (тридцять одну тисячу п'ятсот тридцять) грн. судового збору.

Після набрання рішенням законної сили видати відповідний наказ.

Рішення господарського суду набирає законної сили після закінчення строку подання апеляційної скарги, якщо апеляційну скаргу не було подано. У разі подання апеляційної скарги рішення, якщо його не скасовано, набирає законної сили після повернення апеляційної скарги, відмови у відкритті чи закриття апеляційного провадження або прийняття постанови суду апеляційної інстанції за наслідками апеляційного перегляду.

Апеляційна скарга на рішення суду може бути подана до Північного апеляційного господарського суду протягом двадцяти днів з дня його проголошення. Якщо в судовому засіданні було оголошено лише вступну та резолютивну частини рішення суду, зазначений строк обчислюється з дня складення повного судового рішення.

Суддя                                                            О.В. Марченко

ЗГІДНО З ОРИГІНАЛОМ
Суддя О.Марченко
22 СІЧ 2021

/copy/

/state emblem of Ukraine/

# ECONOMIC COURT OF KYIV

44-V of the court fee from Kyiv, 01030, Tel. (044) 284-18-98

**DECISION**
**IN THE NAME OF UKRAINE**
(introductory and operative parts)
Kyiv city

22.01.2021

case No. 910/13313/20

Economic Court of Kyiv, consisting of Judge O.V. Marchenko, with the participation of the Secretary of the court session V.V.Rozdobudko, having considered the case No. 910/13313/20 in the open court hearing on the claim of the Joint Stock Company "Nikopol Ferroalloy Plant" (310, Electrometalurgiv str., Nikopol, Dnipropetrovsk region, 53200, legal entity identification code 00186520) to the Joint-Stock Company Commercial Bank "PrivatBank" (1-D Hrushevskoho str., Kyiv, 01001; legal entity identification code 14360570) on recognition of obligations to be terminated,

involving the representatives of:
plaintiff – Ye.O. Simonova (Power of Attorney No. 55-4016 dated 28.09.2020);
D.M. Kobeliatskyi (Power of Attorney No. 57-4016 dated 02.10.2020); defendant – V.P. Kulynych (Power of Attorney No.105 dated 21.09.2020);
D.O. Monastyrskyi (Power of Attorney No. 104 dated 21.01.2020).

Guided by the Articles 129, 233, 236 - 238, 240 and 241 of the Commercial and Procedural Code of Ukraine, Economic Court of Kyiv

**DECIDED:**

1. 1. To satisfy the claims of the Joint-Stock Company "Nikopol Ferroalloy Plant" (310, Electrometalurgiv str., Nikopol, Dnipropetrovsk region, legal entity identification code 00186520) to the Joint-Stock Company Commercial bank "PrivatBank" (1-D, Hrushevskogo str., Kyiv, 01001; legal entity identification code 14360570) on recognition of obligations to be terminated, in full.

2. To recognize all the obligations of the Joint Stock Company "Nikopol Ferroalloy Plant" (310, Electrometalurgiv str., Nikopol, Dnipropetrovsk region, legal entity identification code 00186520) to the Joint Stock Company Commercial Bank "PrivatBank" (1-D, Hrushevskogo str., Kyiv, 01001; legal entity identification code 14360570) to be terminated due to proper performance under the Loan agreements concluded by the litigants:

dated 02.07.2007 No. 4N1212D/4Н1212Д;
dated 04.01.2008 No. 4N1312D/4Н1312Д;
dated 01.07.2008 No. 4N41-11479D/41-11479Д;
dated 02.02.2009 No.4N09196D/4Н09196Д;
dated 02.02.2009 No.4N09202I/4Н09202И;
dated 02.02.2009 No.4N09208I/4Н09208И;
dated 02.02.2009 No.4N09209I/4Н09209И;
dated 01.04.2010 No.4N10086D/4Н10086Д;
dated 01.07.2010 No.4N10122D/4Н10122Д;
dated 01.09.2010 No.4N10220D/4Н10220Д;
dated 01.09.2010 No.4N10221D/4Н10221Д;
dated 01.09.2010 No.4N10224D/4Н10224Д;

dated 01.10.2010 No. 4N10258D/4Н10258Д;
dated 01.10.2010 No.4N10263D/4Н10263Д;
dated 19.09.2011 No.4N11415D/4Н11415Д.

3. 3. To collect 31 530 (thirty one thousand five hundred and thirty) UAH of the court fee from the Joint-Stock Company Commercial Bank "PrivatBank" (1-D, Hrushevskogo str., Kyiv, 01001; legal entity identification code 14360570) in favor of the Joint-Stock Company "Nikopol Ferroalloy Plant" (310, Electrometalurgiv str., Nikopol, Dnipropetrovsk region, 53200, legal entity identification code 00186520).

To issue a relevant court order after the decision enters into legal force.

The decision of the Economic Court shall enter into legal force upon the expiration of the timelines for filing an appeal, if the appeal has not been filed. In the event of filing an appeal, the decision, if it has not been cancelled, shall enter into legal force after the return of the appeal, the refusal to start or close the appeal proceedings, or the decision of the Court of Appeal based on the results of the appeal proceedings.

An appeal against a court decision may be submitted to the Northern Economic Court of Appeal within twenty days from the date of its declaration. If only the introductory and operative parts of the court decision were declared at the court hearing, the specified period shall be calculated from the date of drawing up the full text of the court decision.

Judge        /signature/        O.V. Marchenko

/seal: Economic Court of Kyiv * Ukraine * legal entity identification code: 05379461 * Office No. 3/
/stamp: True copy. Judge O. Marchenko /signed/ /
/date: January 22, 2021/

Цей переклад з української мови на англійську мову виконаний мною, перекладачем Дубенко-Лінп Ірина Олександрівна_____

This translation from Ukrainian into English was done by the translator Dubenko-Lipp I.O.

Місто Київ, Україна, двадцять другого січня дві тисячі двадцять першого року.

Я, Онищенко М.О., приватний нотаріус Київського міського нотаріального округу, засвідчую справжність підпису перекладача Дубенко-Ліпп Ірини Олександрівни, який зроблено у моїй присутності.

Особу перекладача встановлено, його дієздатність та кваліфікацію перевірено.

Зареєстровано в реєстрі за № 1162

Стягнуто плати у розмірі згідно ст. 31 Закону України «Про нотаріат» у гривнях

Приватний нотаріус

---

Kyiv, Ukraine, 22.01.2021

I, Onyshchenko M.O., private notary of Kiev city notary district, certify the authenticity of signatures of translator Dubenko-Lipp I.O. signed in my presence.

The person of translator is established, his (her) capacity and qualification are checked.

Registered in the Register by No. 1162
Charged under Art.31 of the Law of Ukraine "On notary"

**PRIVATE NOTARY**

Round seal: /Kyiv city notary district* private notary