UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-25313-MGC

**UNITED STATES OF AMERICA,**

vs.

**REAL PROPERTY LOCATED AT 55 PUBLIC SQUARE, CLEVELAND, OHIO, WITH ALL APPURTENANCES, IMPROVEMENTS, AND ATTACHMENTS THEREON, AND ANY RIGHT TO COLLECT AND RECEIVE ANY PROFIT, RENT, INCOME, AND PROCEEDS THEREFROM,**

      **Defendant.**
_____/

## NOTICE OF APPEARANCE

The undersigned Assistant United States Attorney, Marx P. Calderón, hereby appears as co-counsel for the United States of America in the above-styled case.

Respectfully submitted,

**ARIANA FAJARDO ORSHAN**
**UNITED STATES ATTORNEY**

By:   *s/ Marx P. Calderón*
       Marx P. Calderón
       Assistant United States Attorney
       Court ID No. A5502700
       99 N.E. 4th Street, 7th Floor
       Miami FL, 33132-2111
       Telephone: (305) 961-9036
       E-mail: Marx.Calderon@usdoj.gov