UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO: 1:20-CV-23278 |
| ) | |
| PLAINTIFF ) | (Formerly Case No: 1:20-CV-25313) |
| ) | |
| VS. ) | JUDGE MARCIA G. COOKE |
| ) | |
| REAL PROPERTY LOCATED AT 55 ) | |
| PUBLIC SQUARE, CLEVELAND, ) | NOTICE OF APPEAL |
| OHIO, WITH ALL ) | |
| APPURTENANCES, ) | |
| IMPROVEMENTS, AND ) | |
| ATTACHMENTS THEREON, AND ) | |
| ANY RIGHT TO COLLECT AND ) | |
| RECEIVE ANY PROFIT, RENT, ) | |
| INCOME, AND PROCEEDS ) | |
| THEREFROM ) | |
| ) | |
| DEFENDANT. ) | |

      Claimant, Law Offices of Cleveland, Inc., hereby gives notice of its appeal to the United States Court of Appeals for the Eleventh Circuit Court of Appeals from the District Court's Order Granting Unopposed Motion for Interlocutory Sale in case number 1:20-CV-25313, docketed on February 11, 2021 (ECF #24), attached to this Notice as Exhibit A. Case 1:20-CV-25313 was consolidated with Case No. 1:20-CV-23278 on February 24, 2021. This Notice is being filed in accordance with the Court's February 24, 2021 order that consolidated Case No. 1:20-CV-25313 with 1:20-CV-23278 and administratively closed 1:20-CV-25313.

      Respectfully submitted,

*/s/ Jonathan D. Carvajal*
Jonathan Carvajal, Esq.
GREGORY E. GUDIN P.A.
10180 Sweet Bay Court
Parkland, FL 33076
T: (305) 796-5103
Primary: jd@manraraandassociates.com
Secondary: ggudin@gudinlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2021, I electronically filed the foregoing Notice of Appeal with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive Notices of Filing electronically.

The notice is also being sent by email to:

AUSA Adrienne E. Rosen: Adrienne.Rosen@usdoj.gov
AUSA Shai D. Bronshtein: Shai.Bronshtein@usdoj.gov

> By: */s/ Jonathan D. Carvajal*
> Jonathan Carvajal, Esq.
> GREGORY E. GUDIN P.A.
> 10180 Sweet Bay Court
> Parkland, FL 33076
> T: (305) 796-5103
> Primary: jd@manraraandassociates.com
> Secondary: ggudin@gudinlaw.com