# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

FILED BY ____AP____ D.C.

Mar 11, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

March 11, 2021

Jonathan David Carvajal
Gregory E. Gudin PA
10180 SWEET BAY CT
PARKLAND, FL 33076

Appeal Number: 21-10696-G
Case Style: USA v. Real Prop Located 55 Public Sq
District Court Docket No: 1:20-cv-23278-MGC
Secondary Case Number: 1:20-cv-25313-MGC

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing, are available at www.ca11.uscourts.gov.**

The referenced case has been docketed in this court. Please use the appellate docket number noted above when making inquiries.

Attorneys who wish to participate in this appeal must be admitted to the bar of this Court, admitted for this particular proceeding pursuant to 11th Cir. R. 46-3, or admitted pro hac vice pursuant to 11th Cir. R. 46-4. In addition, all attorneys (except court-appointed counsel) who wish to participate in this appeal must file an Appearance of Counsel form within 14 days. The Application for Admission to the Bar and Appearance of Counsel Form are available at www.ca11.uscourts.gov. The clerk generally may not process filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-6(b).

11th Cir. R. 33-1(a) requires appellant to file a Civil Appeal Statement in most civil appeals. You must file a completed Civil Appeal Statement, with service on all other parties, within 14 days from the date of this letter. Civil Appeal Statement forms are available on the Internet at www.ca11.uscourts.gov, and as provided by 11th Cir. R. 33-1(a).

MEDIATION. If a Civil Appeal Statement is required to be filed, your appeal and all related matters will be considered for mediation by the Kinnard Mediation Center. The mediation services are free and the mediation process is confidential. You may confidentially request mediation by calling the Kinnard Mediation Center at 404-335-6260 (Atlanta) or 305-714-1900 (Miami). See 11th Cir. R. 33-1.

Every motion, petition, brief, answer, response and reply filed must contain a Certificate of Interested Persons and Corporate Disclosure Statement (CIP). Appellants/Petitioners must file a CIP within 14 days after the date the case or appeal is docketed in this court; Appellees/Respondents/Intervenors/Other Parties must file a CIP within 28 days after the case or appeal is docketed in this court, regardless of whether appellants/petitioners have filed a CIP. See FRAP 26.1 and 11th Cir. R. 26.1-1.

On the same day a party or amicus curiae first files its paper or e-filed CIP, that filer must also complete the court's web-based CIP at the Web-Based CIP link on the court's website. Pro se filers (except attorneys appearing in particular cases as pro se parties) are **not required or authorized** to complete the web-based CIP.

Pursuant to Eleventh Circuit Rule 42-1(b) you are hereby notified that upon expiration of (14) days from this date, this appeal will be dismissed by the clerk without further notice unless the default(s) noted below have been corrected:

File a Transcript Information Form, as required by Fed.R.App.P. 10(b)(1); a Transcript Information Form is available from the district court clerk. Appellant is required to file and serve copies of the form in accordance with the instructions included on the form. UNLESS A TRANSCRIPT IS ORDERED, APPELLANT'S BRIEF MUST BE SERVED AND FILED WITHIN 40 DAYS FROM MARCH 2, 2021. See 11th Cir. R. 12-1 and 31-1.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Lee Aaron, G
Phone #: 404-335-6172

DKT-2 Appeal WITH Deficiency

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO: 1:20-CV-23278 |
| ) | |
| PLAINTIFF ) | (Formerly Case No: 1:20-CV-25313) |
| ) | |
| VS. ) | JUDGE MARCIA G. COOKE |
| ) | |
| REAL PROPERTY LOCATED AT 55 ) | |
| PUBLIC SQUARE, CLEVELAND, ) | NOTICE OF APPEAL |
| OHIO, WITH ALL ) | |
| APPURTENANCES, ) | |
| IMPROVEMENTS, AND ) | |
| ATTACHMENTS THEREON, AND ) | |
| ANY RIGHT TO COLLECT AND ) | |
| RECEIVE ANY PROFIT, RENT, ) | |
| INCOME, AND PROCEEDS ) | |
| THEREFROM ) | |
| ) | |
| DEFENDANT. ) | |

Claimant, Law Offices of Cleveland, Inc., hereby gives notice of its appeal to the United States Court of Appeals for the Eleventh Circuit Court of Appeals from the District Court's Order Granting Unopposed Motion for Interlocutory Sale in case number 1:20-CV-25313, docketed on February 11, 2021 (ECF #24), attached to this Notice as Exhibit A. Case 1:20-CV-25313 was consolidated with Case No. 1:20-CV-23278 on February 24, 2021. This Notice is being filed in accordance with the Court's February 24, 2021 order that consolidated Case No. 1:20-CV-25313 with 1:20-CV-23278 and administratively closed 1:20-CV-25313.

Respectfully submitted,

*/s/ Jonathan D. Carvajal*
Jonathan Carvajal, Esq.
GREGORY E. GUDIN P.A.
10180 Sweet Bay Court
Parkland, FL 33076
T: (305) 796-5103
Primary: jd@manraraandassociates.com
Secondary: ggudin@gudinlaw.com

1